IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RONEY NOVAES PEREIRA,

    Petitioner,

v.                                                      Civ No. 26-0212-KG-JHR

KRISTI NOEM, *et al*,

    Respondents,

<u>ORDER TO ANSWER</u>

    Petitioner Roney Novaes Pereira filed a *pro se* 28 U.S.C. § 2241 habeas petition on January 29, 2026. (Doc. 1) ("Petition"). Petitioner is detained at the Torrance County Detention Center (TCDC) in Estancia, New Mexico. He challenges his continued immigration detention following the termination of his removal proceeding on December 12, 2025. (Doc. 1) at 13. The Clerk's Office has electronically served the Petition on Respondents by Notice of Electronic Filing (NEF) using the CM/ECF system. *See* Standing Order, In re Service of Process in Immigration Habeas Petitions Filed Pursuant to §§ 2241 *et seq.*, entered January 28, 2026.

    Having conducted an initial review of the *pro se* Petition, the Court finds Petitioner raises a colorable 28 U.S.C. § 2241 claim. The Court will order the United States Attorney's Office (USAO) to answer the Petition within ten (10) business days of entry of this Order. The Petition also asks the Court to provide Petitioner with a copy of the case number that he can pay the $5.00 habeas filing fee. (Doc. 1) at 58. Petitioner shall use the following case number on all further filings: Civ No. 26-0212-KG-JHR. Within thirty (30) days of entry of this Order,

Petitioner shall pay the $5.00 filing fee or, alternatively, file a motion to proceed *in forma pauperis*.

    IT IS ORDERED:

    1.  The USAO shall answer the Petition within ten (10) business days of entry of this Order.

    2.  Within thirty (30) days of entry of this Order, Petitioner shall pay the $5.00 filing fee or, alternatively, file a motion to proceed *in forma pauperis*.

                                  /s/Kenneth J. Gonzales
                                  CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.